Matthew P. Minser, Esq. (SBN 296344)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

Kara Maddalena (SBN #300338)
Karamaddalena@dwt.com
Marina Gruber (SBN #271542)
Marinagruber@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.276.6500
Fax: 415.276.6599

Attorneys for Defendants, Peak General Contractors, Inc.
and Mario Baeza

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PEAK GENERAL CONTRACTORS, INC., a California Corporation; MARIO BAEZA, an individual,<br><br>Defendants. | Case No. 4:23-cv-00334-RS<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND NOTICE OF SETTLEMENT; ORDER**<br><br>Date:      June 8, 2023<br>Time:     10:00 AM<br>Location: via Zoom<br>Judge:    Hon. Judge Richard Seeborg |

Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al. ("Plaintiffs") and Defendants Peak General Contractors, Inc., et al. ("Defendants") (together, the "Parties"), hereby

1

provide notice to the Court that they have agreed to terms of a settlement resolving the entirety of the dispute (the "Settlement"). The Parties further notify the Court that they anticipate performance of the Settlement to be complete on or before July 3, 2023, and, pursuant to Local Rule 6-2, request that the Court continue the Initial Case Management Conference, currently on calendar for June 8, 2023, and all related hearings and deadlines.

**IT IS HEREBY STIPULATED AND AGREED that** the Initial Case Management Conference be continued until July 3, 2023, or as soon as convenient for this Court thereafter, with the related deadline to file the Fed. R. Civ. P. 26(f) report and case management statement also so continued.

**IT IS SO STIPULATED.**

DATED: June 2, 2023                     SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Matthew P. Minser
Siddharth Jhans
Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

DATED: June 2, 2023                     DAVIS WRIGHT TREMAINE LLP

By: _____/S/*Kara Maddalena*_____
Kara Maddalena
Marina Gruber
Attorneys for Defendants, Peak General Contractors, Inc. and Mario Baeza

**IT IS SO ORDERED.**

Pursuant to Stipulation, the currently set Case Management Conference is hereby continued to __July 13, 2023__ at __10:00 am__, and all previously set deadlines and dates related to this case are continued accordingly.

DATED: __June 2__, 2023

_____
CHIEF DISTRICT JUDGE RICHARD SEEBORG

2
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND NOTICE OF SETTLEMENT
Case No. 4:230-cv-000334-RS

**ATTESTATION CERTIFICATE**

In accordance with the Northern District of California's Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated:  June 2, 2023
　　　　　　　　　　　　　　　　　　　　　SALTZMAN & JOHNSON
　　　　　　　　　　　　　　　　　　　　　LAW CORPORATION


　　　　　　　　　　　　　　　　By:  _____/s/_____
　　　　　　　　　　　　　　　　　　　　Siddharth Jhans
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

3

**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND NOTICE OF SETTLEMENT**
Case No. 4:230-cv-000334-RS