| | |
|---|---|
| 1 | Matthew P. Minser, Esq. (SBN 296344) |
| | Siddharth Jhans, Esq. (SBN 254165) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 5100-B1 Clayton Road, Ste 373 |
| | Concord, CA 94521 |
| 4 | Telephone: (510) 906-4710 |
| | Email: mminser@sjlawcorp.com |
| 5 | Email: sjhans@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs, District Council 16 |
| 7 | Northern California Health and Welfare Trust Fund, et al. |
| 8 | Kara Maddalena (SBN #300338) |
| | Karamaddalena@dwt.com |
| 9 | Marina Gruber (SBN #271542) |
| 10 | Marinagruber@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 11 | 50 California Street, 23rd Floor |
| | San Francisco, CA 94111 |
| 12 | Telephone: 415.276.6500 |
| 13 | Fax: 415.276.6599 |
| 14 | Attorneys for Defendants, Peak General Contractors, Inc. |
| | and Mario Baeza |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; et al., | | Case No. 4:23-cv-00334-RS |
| | Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** |
| v. | | |
| PEAK GENERAL CONTRACTORS, INC., a California Corporation; MARIO BAEZA, an individual, | | |
| | Defendants. | |

      PLEASE TAKE NOTICE that Plaintiffs District Council 16 Northern California Health And Welfare Trust Fund, et al. and Defendants Peak General Contractors, Inc., a California Corporation and

1

Mario Baeza, an individual, through their respective counsel, hereby represent that this matter has settled in full. The Parties hereby agree and stipulate as follows:

Plaintiffs' Complaint in this action shall be dismissed with prejudice.

Respectfully submitted,

DATED: June 14, 2023                    SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Matthew P. Minser
Siddharth Jhans
Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund

DATED: June 14, 2023                    DAVIS WRIGHT TREMAINE LLP

By: _____/S/_____
Kara Maddalena
Marina Gruber
Attorneys for Defendants, Peak General Contractors, Inc. and Mario Baeza

**ORDER**

Pursuant to the parties' Stipulation, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

DATED: __June 15__, 2023

_____
CHIEF DISTRICT JUDGE RICHARD SEEBORG